UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| TANNER LEE LUND, *et al.*, | ) |
| Plaintiff, | ) Case No.  1:19-cv-00178-SNLJ ) |
| v. | ) In re: Dicamba Herbicides Litigation ) Case no. 1:18-md-02820-SNLJ |
| MONSANTO COMPANY, *et al.*, | ) ) MDL 2820 |
| Defendants. | ) |

## ORDER OF DISMISSAL

This matter is before the Court on plaintiffs' motion to dismiss.  [Doc. 21].  The parties have settled this matter, and plaintiffs request a dismissal with prejudice.  Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court will dismiss this matter at plaintiffs' request.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion to dismiss [Doc. 21] is **GRANTED** and this case is **DISMISSED with prejudice**.  The Clerk of Court is **DIRECTED** to **CLOSE** the case.

**SO ORDERED** this 19th day of September, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE